The Decision and Order below is hereby signed.

Dated: April 12, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| GREATER SOUTHEAST COMMUNITY ) | Case No. 02-02250 | |
| HOSPITAL CORP. I, *et al.*, ) | (Chapter 11) | |
| ) | (Jointly Administered) | |
| Debtors. ) | | |
| _____ ) | | |
| ) | | |
| SAM J. ALBERTS, TRUSTEE FOR ) | | |
| THE DCHC LIQUIDATING TRUST, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Adversary Proceeding No. | |
| ) | 04-10173 | |
| COMPREHENSIVE MEDICAL ) | | |
| STAFFING, ) | | |
| ) | | |
| Defendant. ) | | |

DECISION AND ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiff's unopposed motion for summary judgment sets forth undisputed facts upon which summary judgment is appropriate for the reasons stated in the memorandum in support of the motion. Although cast as a motion for partial summary judgment--because the motion only addressed the preference claim--the granting of the motion ends the adversary proceeding because the

plaintiff's other claims were asserted in the alternative.  It is thus

    ORDERED that the motion for partial summary judgment is GRANTED.  It is further

    ORDERED that a separate judgment shall be entered granting the relief sought by the motion and concluding this adversary proceeding.

                          [Signed and dated above.]

Copies to:

Office of the United States Trustee; all counsel of record.